[No. 8339–2–I.   Division One.   April 20, 1981.]

*In the Matter of the Welfare of*
JEREMIAH JASON JONES.

DEBORAH JONES, *Appellant,* v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. J–81766, William C. Goodloe, J., entered December 7, 1979. *Affirmed* by unpublished opinion per James, C.J., concurred in by Callow and Ringold, JJ.

[No. 7836–4–I.   Division One.   April 20, 1981.]

GERALD FRANCIS CARTWRIGHT, *Appellant,* v. JOSEPH
NIDEROST, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 36437, Harry A. Follman, J., entered July 5, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Ringold, A.C.J., and Corbett, J.

[No. 7430–0–I.   Division One.   April 20, 1981.]

SAMMAMISH FOREST MANORS ASSOCIATION, *Respondent,* v.
WESTMARK DEVELOPMENT COMPANY, ET AL, *Appellants.*

WESTMARK DEVELOPMENT COMPANY, ET AL, *Appellants,* v.
SAMMAMISH FOREST MANORS ASSOCIATION, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 843097, Gerard M. Shellan, J., entered February 8, 1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by James, C.J., and Ringold, J.